IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PINETO VIDELOUS WOODARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 7-ELEVEN, INC. and JEFF STORM, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 3:16-CV-3122-C |

## ORDER

Plaintiff, Pineto Woodard, filed a pro se complaint on November 8, 2016, and the case was referred to the United States Magistrate Judge for screening. The Magistrate Judge issued a questionnaire, notifying Woodard that the Court required additional information to properly screen his case. The Magistrate Judge ordered Woodard to respond to the questionnaire within thirty (30) days and warned him that failure to do so would result in a recommendation that his case be dismissed for want of prosecution, pursuant to Federal Rule of Civil Procedure 41(b). Woodard failed to respond or otherwise amend his pleadings. The Magistrate Judge entered his Findings, Conclusions, and Recommendation on December 23, 2016, recommending that Woodard's complaint be dismissed for want of prosecution. Woodard failed to file any objections, and the time to do so has now expired.

It is, therefore, **ORDERED** that the findings and conclusions in the Magistrate Judge's Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, and the

above-styled and -numbered civil action is **DISMISSED without prejudice**.  All relief not expressly granted by this Order is **DENIED**.

SO ORDERED this _8th_ day of February, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

2